UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY CASUALTY COMPANY,<br>A California Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>TIMOTHY BUEGE, YORKTOWN ARMS APARTMENTS, TC PROPERTY MANAGEMENT, MICHAEL GAVIN, JOSE DIVAS, SHERRY MONTGOMERY, MARY BUCHANAN, JEWELL FOWLER, JULIE CHRISTIAN, APRIL THIXTON, JERRY THIXTON, ROYCE THIXTON,<br><br>        Defendants.[1] | 2:09-cv-00948-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE |

        Plaintiff's status report filed August 4, 2009, reveals this case is not ready to be scheduled since Plaintiff has not yet served all defendants with process.  Therefore, the status (pretrial scheduling) conference scheduled for August 24, 2009, is rescheduled for hearing on October 5, 2009, commencing at 9:00 a.m.  A joint status report shall be filed 14 days prior to the hearing.[2]  A copy of

---

    [1]    The caption has been amended to reflect dismissal of the doe defendants discussed in footnote two in the Order Setting Status(Pretrial Scheduling)Conference filed April 7, 2009.

    [2]    The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1 this order shall be served on any defendant not yet served with
2 process.
3     Further, Plaintiff is Ordered to Show Cause in a filing due
4 no later than 4:00 p.m. on August 25, 2009, why any defendant not
5 served within the 120-day period prescribed in Federal Rule of Civil
6 Procedure 4(m) should not be dismissed as a defendant because of
7 Plaintiff's failure to serve the defendant within this time period.
8 Failure to satisfy the applicable standard in Rule 4(m) could result
9 in a dismissal order issuing after the time on which Plaintiff's
10 response is due.
11 Dated:  August 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

2(...continued)
a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2