IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

MERCURY CASUALTY COMPANY, a )
California Corporation, )
                                )
             Plaintiff, )    2:09-cv-00948 GEB EFB
                                )
      v. )    <u>ORDER</u>[*]
                                )
TIMOTHY BUEGE; YORKTOWN ARMS )
APARTMENTS; TC PROPERTY MANAGEMENT,)
MICHAEL GAVIN; JOSE DIVAS; SHERRY )
MONTGOMERY; MARY BUCHANAN; JEWELL )
FOWLER; JULIE CHRISTIAN; APRIL )
THIXTON; JERRY THIXTON; ROYCE )
THIXTON; and DOES 1 through 20, )
inclusive, )
                                )
             Defendants. )
                                )

        When reviewing the docket in this case, the Judge learned this case could be related to case No. 2:08-cv-385, yet no related case document has been filed. Plaintiff shall either file a notice of related case document under the applicable local rule no later than October 8, 2009, or a written response showing why the above-captioned

----

[*] This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

1 action should not be dismissed because of Plaintiff's failure to
2 comply with the related case local rule.
3       Since Plaintiff does not appear to have complied with the
4 applicable related case local rule, the status conference scheduled
5 for October 5, 2009 is continued to November 2, 2009, commencing at
6 9:00 a.m.  A joint-status shall be filed fourteen days before the
7 status conference.

Dated:  October 2, 2009

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge