IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERCURY CASUALTY COMPANY, a )
California Corporation, )
                                  )
            Plaintiff, )  2:09-cv-00948
                                  )
     v. )  <u>DISMISSAL ORDER</u>
                                  )
SHERRY MONTGOMERY, )
                                  )
            Defendant. )

        The Order filed October 2, 2009, prescribed "Plaintiff shall either file a notice of related case document under the applicable local rule no later than October 8, 2009, or a written response showing why the above-captioned action should not be dismissed because of Plaintiff's failure to comply with the related case local rule." Since Plaintiff failed to respond to the October 2, 2009 Order, this action is dismissed.

Dated:  October 23, 2009

                                            
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

1