IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY CASUALTY COMPANY, a California Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SHERRY MONTGOMERY,<br><br>             Defendant. | 2:09-cv-00948<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE DISMISSAL ORDER |

On November 5, 2009 Plaintiff filed a motion to amend the dismissal order filed on October 26, 2009 ("Dismissal Order"), arguing that Plaintiff complied with the Court's October 2, 2009 Order. However, the October 2, 2009 Order required Plaintiff to "file a notice of related case document under the applicable local rule no later than October 8, 2009, or a written response showing why the above-captioned action should not be dismissed because of Plaintiff's failure to comply with the related case local rule." Plaintiff argues it complied with the October 2, 2009 order since it explained in its October 15, 2009 status report why certain defendants had not been served within the 120 day limit prescribed in Federal Rule of Civil Procedure 4(m).

It is apparent that Plaintiff's pending motion reveals that Plaintiff misunderstands the basis for the Dismissal Order, which explicitly states that dismissal was because Plaintiff failed to "either file a notice of related case document under the applicable local rule no later than October 8, 2009, or a written response showing why the above-captioned action should not be dismissed because of Plaintiff's failure to comply with the related case local rule." Since Plaintiff's motion says nothing about the reason why this action was dismissed, it is denied.

Dated:   November 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge